**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| TERRA SUE LARIES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:18-cv-00414-slc |
| | ) | |
| GREAT LAKES EDUCATIONAL | ) | |
| LOAN SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADING**

This Court has considered, without hearing, Defendant's Unopposed Motion for Extension of Time. The motion is GRANTED. Any responsive pleading shall be filed on or before July 12, 2018.

SO ORDERED on ____, 2018.

BY: _____
U.S. Magistrate Judge Stephen L. Crocker